JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN BARNETT, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>REASSURE AMERICA LIFE INSURANCE COMPANY, an Indiana corporation; and DOES 1 through 50 inclusive,<br><br>  Defendants. | CASE NO.: CV 11-08732 GW(AJWx)<br><br>Assigned to Hon. George H. Wu<br><br>**ORDER DISMISSING ENTIRE CASE WITH PREJUDICE PURSUANT TO STIPULATION OF PARTIES**<br><br>**[FRCP 41(a)(1)]**<br><br>[Filed concurrently with the Parties' Stipulation for Dismissal of Entire Case with Prejudice] |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety with prejudice as set forth in Federal Rule of Civil Procedure 41(a)(1). Each party shall bear his or its own fees and costs.

**IT IS SO ORDERED**.

DATED: April 12, 2012  _____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE